AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
6/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
06/16/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____cld_____ DEPUTY

United States of America

v.

ANGUS L. JOHNSON,

Defendant

Case No. 2:25-MJ-03672-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 14, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assaulting, Resisting, or Impeding a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*Sean McDermott, Special Agent, FBI*
Complainant's signature

Sean McDermott, Special Agent, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: June 16, 2025



Judge's signature

City and state: Los Angeles, California

Hon. Maria A. Audero, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT**

I, Sean McDermott, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against and arrest warrant for Angus L. Johnson ("JOHNSON" or "defendant"), charging him with violating Title 18, United States Code, Section 111, Assaulting, Resisting, or Impeding a Federal Officer.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent with the FBI and have been so employed since January 2004. I received basic law enforcement training at the FBI Academy in Quantico, Virginia from January 2004 to May 2004. This training included segments on criminal law, various law enforcement skills, conducting criminal investigations, and other law enforcement topics.

4. In my 21 years with the FBI, I have worked a myriad of criminal and national security investigations. I have experience

working violent crime, and am a member of the FBI Violent Crime Rapid Deployment Team.

### III. STATEMENT OF PROBABLE CAUSE

5. Based on my conversations with other law enforcement agents, my review of interview notes, photographs, and surveillance footage, and my own knowledge of the investigation, I am aware of the following:

6. On June 14, 2025, the Federal Building at 300 North Los Angeles Street, Los Angeles, California was closed due to a nationwide "No Kings" protest event focusing on the Trump administration and its immigration policies. Members of multiple federal law enforcement agencies and U.S. military personnel were stationed at the Federal Building to keep protestors from gaining access to the federal building. U.S. military personnel, including members of the California National Guard who had been federalized on order of the President the prior week, were also at the Federal Building assisting federal agents in the performance of their duties. At the time the following events occurred, it is estimated thousands of protestors were gathered in front of the Federal Building.

7. In an interview with your affiant on June 15, 2025, Federal Protective Service (FPS) Inspector N.A. reported he was with FPS Inspector J.R. outside the Federal Building on June 14, 2025 attempting to keep protestors from trespassing onto federal property. N.A. observed a white male, subsequently identified as JOHNSON, spit at both him and J.R. JOHNSON's saliva hit N.A. in the hand. N.A. got the attention of United States Marine

2

Corporal L.C. and asked him to take photos of JOHNSON. N.A. later reviewed these photographs and confirmed the images captured the individual who spit at him and J.R.

    8.   In an interview with your affiant on June 15, 2025, California National Guard Staff Sergeant H.C. reported he was outside the Federal Building on June 14, 2025 attempting to keep protestors from trespassing onto federal property. A white male, subsequently identified as JOHNSON, was shouting at H.C. to quit his job. JOHNSON was wearing a dark-blue long-sleeved shirt and a dirty hat with goggles on top, as depicted later in the affidavit. JOHNSON was so close that H.C. could detect the odor of alcohol on his breath. JOHNSON lifted his shirt and showed H.C. bruises on his stomach which JOHNSON said resulted from being shot with rubber bullets at another protest a few days before this incident. JOHNSON continued to verbally assault H.C., calling him a "bitch" and a "pussy." JOHNSON then spit in H.C.'s face. H.C. was wearing a face shield and bandana, so only a little of JOHNSON's saliva made contact with his skin. JOHNSON's saliva landed on H.C.'s jawline, the top of his bandana, the collar of his uniform, and the strap of his body armor.

    9.   H.C. reported he used a hand signal to notify his superior of the assault and pointed out JOHNSON to his superior. H.C.'s superior subsequently showed him a video of JOHNSON. A United States Marine Corps Public Affairs Officer also showed H.C. photographs he had taken of JOHNSON. H.C. recognized JOHNSON in these images as the individual who spit on him.

3

10. In an interview with your affiant on June 15, 2025, United States Marine Corps Corporal L.C. reported he was outside the Federal Building in downtown Los Angeles the afternoon of June 14, 2025 when FPS Inspector N.A. requested he photograph a white male among the protestors. L.C. used his camera to take multiple photos of this individual. One of the photos taken by L.C. is depicted below. JOHNSON is the white male wearing a dark long-sleeved shirt and a hat with goggles on top holding a sign in his left hand reading, "ICE everyone you know hates you" and with the middle finger of his right hand extended:



11. In an interview with affiant on June 15, 2025, FPS Inspector Nathan E.S. reported he was outside the Federal Building the afternoon of June 14, 2025 attempting to keep protestors from trespassing onto federal property. E.S. was stationed behind the wall at the top of the steps with an elevated view of the crowd. E.S. observed a white male, subsequently identified as JOHNSON, spit on FPS Inspector J.R.

as described above. E.S. observed JOHNSON's saliva hit J.R.'s feet and legs. J.R. did not appear to be aware JOHNSON spit on him. E.S.'s attention was focused on JOHNSON because he was yelling profanities and screaming in J.R.'S face. After JOHNSON spit on J.R., E.S. immediately used his department-issued cellular telephone to take three photographs of JOHNSON to assist in his future identification.

12.   Shortly thereafter, E.S. observed JOHNSON spit on FPS Inspector N.A.. E.S. observed JOHNSON's saliva hit N.A.'s leg. E.S. did not witness JOHNSON spit on California National Guard Staff Sergeant H.C. but observed the events surrounding this incident.

13.   E.S. reviewed surveillance camera video footage from the Federal Building's Main Entry Camera #4 with your affiant. E.S. identified that JOHNSON spitting on J.R. occurred at approximately the 3:04:19 mark of the video, spitting on N.A. occurred at approximately the 3:07:09 mark of the video, and spitting on H.C. occurred at approximately the 3:15:58 mark of the video.

//

## IV. CONCLUSION

14. For all the reasons described above, there is probable cause to believe that defendant has committed a violation of Title 18, United States Code, Section 111, Assaulting, Resisting, or Impeding a Federal Officer.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 16th day of June
2025.

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE